✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Smartlowit, Courtney | Docket No. | 0980 1:25CR02143-RLP-6 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Courtney Smartlowit, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the Court at Yakima, Washington, on the 15th day of January 2026, under the following conditions:

Standard Condition #1:Defendant shall not commit any offense in violation of federal, tribal, state, or local law.

Special Condition #5: Defendant shall not operate a motor vehicle without a valid driver's license.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 20, 2026, Ms. Smartlowit reviewed and signed her conditions of release acknowledging an understanding.

Violation #1: Ms. Smartlowit is in violation of her conditions of pretrial release by being cited for driving without a valid driver's license, driving without  insurance, and inattention (Yakima Municipal case number  26Y010909) on April 7, 2026.

On April 7, 2026, Ms. Smartlowit called this officer via telephone to advise she had driven to Yakima, Washington, from her home in Wapato, Washington, with her children to "get out of the house."  She stated she was at a stop light, but her son was crying, so she was attending to him and she rear ended the vehicle in front of her. She stated she was cited for driving without a valid driver's license, no valid insurance, and inattention.

Ms. Smartlowit advised this officer on April 10, 2026, she plans to pay the fee to register for a driving safety course and knowledge test, to help with the ticket, and will work on obtaining her driver's license.

Ms. Smartlowit  understands the consequences of her actions and any similar behavior  may ultimately result in going before the Court. She was encouraged to make good choices and follow through with the steps to take care of her ticket and obtain her driver's license.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:    April 9, 2026 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt
U.S. Pretrial Services Officer |

**PS-8**
**Re: Smartlowit, Courtney**
**April 9, 2026**
**Page 2**


THE COURT ORDERS

☒     No Action
[  ]     The Issuance of a Warrant
[  ]     The Issuance of a Summons
[  ]     The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]     Defendant to appear before the Judge assigned to the case.
[  ]     Defendant to appear before the Magistrate Judge.
[  ]     Other

_____
Signature of Judicial Officer

4/9/2026
_____
Date